IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF EDWARD R. CHAMPION, by and through DEBBIE CELLAN, *individually and as Personal Representative*,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS SKILLED NURSING FACILITY, LLC, *d/b/a* AVANTARA OF BILLINGS; LEGACY HEALTHCARE FINANCIAL SERVICES, LLC; CASCADE CAPITAL GROUP, LLC; SHAWNA JOHNSON; and JOHN DOES 1-25,<br><br>Defendants. | CV 21-85-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is Defendants Avantara of Billings, Legacy Healthcare Financial Services, LLC, and Cascade Capital Group, LLC's Motion to Dismiss. (Doc. 2.) The Court notes that Defendants failed to adhere to Local Rule 7.1(c), which states:

> (1) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion.
> . . .
>
> (2) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required. Accordingly,

**IT IS ORDERED** that Defendants' motion (Doc. 2 is **DENIED** with leave to renew.

DATED this 11th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge