IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ESTATE OF EDWARD R. CHAMPION, by and through DEBBIE CELLAN, *individually and as Personal Representative*,<br><br>Plaintiff,<br><br>vs.<br><br>BILLINGS SKILLED NURSING FACILITY, LLC, *d/b/a* AVANTARA OF BILLINGS; LEGACY HEALTHCARE FINANCIAL SERVICES, LLC; CASCADE CAPITAL GROUP, LLC; SHAWNA JOHNSON; and JOHN DOES 1-25,<br><br>Defendants. | CV  21-85-BLG-SPW-TJC<br><br>**ORDER** |

Defendants Avantara of Billings; Legacy Healthcare Financial Services, LLC; and Cascade Capital Group, LLC have filed an unopposed motion for simultaneous briefing. (Doc. 14.)

Good cause appearing,

IT IS HEREBY ORDERED that the motion (Doc. 14) is GRANTED. Defendants' Response to Plaintiff's Motion to Remand shall be filed and served no

later than September 29, 2021, simultaneously with Plaintiff's Response to Defendants' Motion to Dismiss.

DATED this 13th day of September, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge