# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:21-CV-00085-SPW-TJC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/06/2021

Date of judgment or order you are appealing: 03/17/2022

Docket entry number of judgment or order you are appealing: 34

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Billings Skilled Nursing Facility, LLC dba Avantara of Billings;
Legacy Healthcare Financial Services, LLC;
and Cascade Capital Group, LLC

Is this a cross-appeal?  ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Oliver H. Goe          **Date** Apr 14, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                    *Rev. 12/01/2021*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Billings Skilled Nursing Facility, LLC dba Avantara of Billings;
Legacy Healthcare Financial Services, LLC;
and Cascade Capital Group, LLC

Name(s) of counsel (if any):

Oliver H. Goe
J. Daniel Hoven
Abbie N. Cziok

Address: 800 N. Last Chance Gulch, Suite 101, Helena, MT 59601

Telephone number(s): (406) 443-6820

Email(s): oliver@bkbh.com; dan@bkbh.com; abbie@bkbh.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Estate of Edward R. Champion
by and through Debbie Cellan, individually and as Personal Representative

Name(s) of counsel (if any):

Jason S. Ritchie
Michael P. Manning
Bryan M. Kautz

Address: 175 North 27th Street, Suite 1206, Billings, MT 59101

Telephone number(s): (406) 601-1400

Email(s): bkautz@rmkfirm.com; jritchie@rmkfirm.com; mmanning@rmkfirm.co

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   1                                   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Shawna Johnson

Name(s) of counsel (if any):
Peter J. Stokstad
Elija L. Inabnit

Address: 350 Ryman Street, Missoula, MT 59807

Telephone number(s): (406) 523-2500

Email(s): pjstokstad@garlington.com; elinabnit@garlington.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   2                              *New 12/01/2018*