| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 1 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ESTATE OF EDWARD R. CHAMPION, by and through Debbie Cellan, individually and as Personal Representative,

    Plaintiff-Appellee,

 v.

BILLINGS SKILLED NURSING FACILITY, LLC, DBA Avantara of Billings; et al.,

    Defendants-Appellants,

 and

SHAWNA JOHNSON; JOHN DOES, 1-25,

    Defendants.

No.   22-35308

D.C. No. 1:21-cv-00085-SPW
District of Montana,
Billings

ORDER

The parties' stipulated motion (Docket Entry No. 8) for voluntary dismissal is granted. This case is dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT
By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

5/30/2022/Pro Mo